EDWARD L. CLEARY, Respondent, v. DOUGLAS-GUARDIAN WAREHOUSE CORPORATION, Appellant.— Appeal dismissed, with ten dollars costs and disbursements. Memorandum: Defendant made a motion for a bill of particulars. The motion was granted as to a large part of the relief demanded by defendant, and defendant entered the order on its own motion, and then appealed from the whole order, not from the part of the order impliedly denying some of the relief asked for, but from the order granting most of the relief asked for. This defendant may not do. (*Hooper* v. *Beecher*, 109 N. Y. 609; *Raymond* v. *Tiffany*, 115 App. Div. 350; *Matter of Gier*, 243 id. 560; *Munson Realty Co.* v. *Melrose Bond & Mortgage Corp.*, 232 id. 832; Carmody's New York Practice, p. 544, § 47; 3 C. J. 671, § 546.) All concur. (The order grants in part defendant's motion to compel plaintiff to serve a bill of particulars.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

RUTH CRUTHERS, Respondent, v. DOMINICK IAIA and GUY BARTH IAIA, Appellants.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

RAYMOND J. SPALDING, Respondent, v. BERTHA B. BUSH, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict by the sum of twenty dollars and thirty-two cents, as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to either party. Memorandum: The plaintiff is not entitled to recover damages for the loss of his money salary during the period from October 15 to October 29, 1934, during which time he received disability compensation, and the sum of twenty dollars and thirty-two cents represents such salary. All concur. (The judgment is for plaintiff in an action for breach of contract of employment. The order denies a motion for a reargument of the motion to set aside the verdict of the jury.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

LOUIS ERBACH, Appellant, v. THE SHOE FORM COMPANY, INCORPORATED, Respondent.— Order affirmed, with costs. All concur. (The order grants defendant's motion to vacate a judgment and set aside the jury's verdict in favor of plaintiff, and for a new trial, in an action to recover wages due under a contract.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.